Rob Bonta
Attorney General of California
Rhonda L. Mallory
Supervising Deputy Attorney General
Douglas E. Baxter
Deputy Attorney General
State Bar No. 201351
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9567
  Fax:      (619) 645-2581
  E-mail: Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants Officer Robert Manzano, Officer Ryan Parrish, and Officer Jorge Macias*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILO PINEDA,<br><br>              Plaintiff,<br><br>    v.<br><br>OFFICER MANZANO (#19595) and DOES 1 TO 10,<br><br>              Defendants. | Case No.: 2:21-cv-08839-GW-JPRx<br><br>**DEFENDANTS' REQUEST FOR ADDITIONAL INSTRUCTION ON DAMAGES**<br><br>Trial Date:  March 12, 2024<br>Time:        8:30 a.m.<br>Courtroom:  9D<br>Judge:      The Honorable George H. Wu |

**TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFF:**

Defendants Robert Manzano, Ryan Parrish, and Jorge Macias request the following additional jury instruction on damages issues:

**CACI 3934: Damages on Multiple Legal Theories**

Plaintiff Camilo Pineda seeks damages from Defendants Robert Manzano, Ryan Parrish, and Jorge Macias under more than one legal theory. However, each item of damages may be awarded only once, regardless of the number of legal theories alleged.

You will be asked to decide whether the Defendants are liable to Plaintiff under the following legal theories:

    1. Use of Force (42 U.S.C. § 1983 Excessive Force under Fourth Amendment);

    2. Battery;

    3. False Imprisonment – Unnecessary Delay in Releasing;

    4. Acts of Violence (Ralph Act);

    5. Gender-Based Violence (Cal. Civ. Code § 52.4);

    6. Use of Force (California Bane Act)

The following items of damages are recoverable only once under all of the above legal theories:

    1. The loss of enjoyment of life experienced and that with reasonable probability will be experienced in the future; and

    2. The mental, physical, or emotional pain and suffering experienced, if any, and that with reasonable probability will be experienced in the future.

**Authority: CACI 3934**

Dated: March 17, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

/s/ *Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants Officer Robert Manzano, Officer Ryan Parrish, and Officer Jorge Macias*

# CERTIFICATE OF SERVICE

| Case Name: | **Camilo Pineda v. Officer Manzano, et al.** | No. | **2:21-cv-08839-GW-JPRx** |
|---|---|---|---|

I hereby certify that on **March 18, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANTS' REQUEST FOR ADDITIONAL INSTRUCTION ON DAMAGES

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 18, 2024**, at San Diego, California.

|  A. J. Lopez  |  *[signature]*  |
|---|---|
| Declarant | Signature |

SD2021802625
84444767.docx