

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 21-8839-GW-JPRx

Title: Camilo Pineda v. Officer Manzano

JURY NOTE NUMBER ___1___

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

TV SUPPORT — COMPUTER RESTART

DATE: 03/18/24           SIGNED: **REDACTED**
TIME: 0911                       FOREPERSON OF THE JURY