

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CAMILO PINEDA,

Plaintiff,

v.

OFFICER MANZANO (#19595) and DOES 1 TO 10,

Defendants.

Case No.: CV 21-8839-GW-JPRx

**SPECIAL VERDICT FORM**

# **SPECIAL VERDICT FORM**

We the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**ISSUE 1: Use of Force (42 U.S.C. § 1983 Excessive Force under Fourth Amendment) Claim):**

**QUESTION 1:**

Did Defendant Officers Robert Manzano and/or Ryan Parrish, use excessive or unreasonable force on Plaintiff Camilo Pineda in violation of the Fourth Amendment?

As to Defendant Officer Robert Manzano:

__________ YES ____X____ NO

As to Defendant Officer Ryan Parrish:

__________ YES ____X____ NO

*If you answered "Yes" to Question 1 for any Defendant, please proceed to Question 2. If you answered "No" to Question 1 for all Defendants, please skip Question 2 and proceed to Question 3.*

**QUESTION 2:**

Was Plaintiff Camilo Pineda harmed?

__________ YES __________ NO

*If you answered "Yes" to Question 2, please proceed to Question 3. If you answered "No" to Question 2, please skip Question 3 and proceed to Question 4.*

**QUESTION 3:**

For only those Defendants for whom you answered "Yes" in response to Question 1, was the Defendant's use of force the moving force that caused Plaintiff harm. [If you answered "No" for a Defendant's name in Question 1, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ___X___ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ___X___ NOT APPLICABLE

*Please proceed to Question 4.*

**ISSUE 2: Battery Claim:**

**QUESTION 4:**

Did Defendant Officers Robert Manzano and/or Ryan Parrish, intentionally touch Plaintiff Camilo Pineda or cause Plaintiff to be intentionally touched?

As to Defendant Officer Robert Manzano:

____X____ YES _________ NO

As to Defendant Officer Ryan Parrish:

____X____ YES _________ NO

*If you answered "Yes" to Question 4 for any Defendant, please proceed to Question 5. If you answered "No" to Question 4 for all Defendants, please skip Questions 5, 6, and 7 and proceed to Question 8.*

**QUESTION 5:**

For only those Defendants for whom you answered "Yes" to Question 4, did the Defendant use unreasonable force on Plaintiff Camilo Pineda? [If you answered "No" for a Defendant's name in Question 4, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES ____X____ NO _______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES ____X____ NO _______ NOT APPLICABLE

*If you answered "Yes" to Question 5 for any Defendant, please proceed to Question 6. If you answered "No" or "Not Applicable" to Question 5 for all Defendants, please skip Questions 6 and 7 and proceed to Question 8.*

**QUESTION 6:**

Was Plaintiff Camilo Pineda harmed?

__________ YES __________ NO

*If you answered "Yes" to Question 6, please proceed to Question 7. If you answered "No" to Question 6, please skip Question 7 and proceed to Question 8.*

**QUESTION 7;**

For only those Defendants for whom you answered "Yes" to Question 5, was the Defendant's use of unreasonable force a substantial factor in causing Plaintiff Camilo Pineda's harm? [If you answered "No" for a Defendant's name in Question 5, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ______ NOT APPLICABLE

*Please proceed to Question 8.*

**ISSUE 3: False Imprisonment – Unnecessary Delay in Processing/Releasing:**

**QUESTION 8:**

Did Defendant Officers Robert Manzano, Ryan Parrish, and/or Jorge Macias hold Plaintiff Camilo Pineda in custody?

As to Defendant Officer Robert Manzano:

____X____ YES __________ NO

As to Defendant Officer Ryan Parrish:

____X____ YES __________ NO

As to Defendant Officer Jorge Macias:

___X___ YES __________ NO

*If you answered "Yes" to Question 8 for any Defendant, please proceed to Question 9. If you answered "No" to Question 8 for all Defendants, please skip Questions 9, 10, 11, and 12 and proceed to Question 13.*

.**QUESTION 9:**

Was there an unnecessary delay in releasing Plaintiff Camilo Pineda from custody?

__________ YES ___X___ NO

*If you answered "Yes" to Question 9, please proceed to Question 10. If you answered "No" to Question 9, please skip Questions 10, 11, and 12 and proceed to Question 13.*

**QUESTION 10:**

Did Plaintiff Camilo Pineda consent to the delay?

__________ YES __________ NO

*If you answered "No" to Question 10, please proceed to Question 11. If you answered "Yes" to Question 10, please skip Questions 11, and 12 and proceed to Question 13.*

**QUESTION 11:**

Was Plaintiff Camilo Pineda harmed?

__________ YES __________ NO

*If you answered "Yes" to Question 11, please proceed to Question 12. If you answered "No" to Question 11, please skip Question 12 and proceed to Question 13.*

**QUESTION 12:**

For only those Defendants for whom you answered "Yes" to Question 8, was the Defendant's conduct a substantial factor in causing Plaintiff Camilo Pineda's

harm? [If you answered "No" for a Defendant's name in Question 8, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Jorge Macias:

_________ YES _________ NO _____ NOT APPLICABLE

*Please proceed to Question 13.*

**<u>Issue 4: Acts of Violence (Ralph Act)</u>:**

**<u>Question 13</u>:**

Did Defendant Officers Robert Manzano and/or Ryan Parrish commit a violent act against Plaintiff Camilo Pineda?

As to Defendant Officer Robert Manzano:

__________ YES ____X____ NO

As to Defendant Officer Ryan Parrish:

__________ YES ____X____ NO

*If you answered "Yes" to Question 13 for any Defendant, please proceed to Question 14. If you answered "No" to Question 13 for all Defendants, please skip Questions 14, 15, and 16 and proceed to Question17.*

**<u>Question 14</u>:**

For only those Defendants for whom you answered "Yes" to Question 13, was a substantial motivating factor for the Defendant's conduct his perception of Plaintiff Camilo Pineda's gender/sex/gender identity/gender expression?

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ______ NOT APPLICABLE

*If you answered "Yes" to Question 14 for any Defendant, please proceed to Question 15. If you answered "No" or "Not Applicable" to Question 14 for all Defendants, please skip Questions 15 and 16 and proceed to Question 17.*

**QUESTION 15:**

Was Plaintiff Camilo Pineda harmed?

__________ YES __________ NO

*If you answered "Yes" to Question 15, please proceed to Question 16. If you answered "No" to Question 15, please skip Question 16 and proceed to Question 17.*

**QUESTION 16:**

For only those Defendants for whom you answered "Yes" to Question 14, was the Defendant's conduct a substantial factor in causing Plaintiff Camilo Pineda's harm? [If you answered "No" for a Defendant's name in Question 14, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ______ NOT APPLICABLE

*Please proceed to Question 17.*

**Issue 5: Gender-Based Violence (Cal. Civ. Code § 52.4)**

**Question 17:**

Did Defendant Officers Robert Manzano and/or Ryan Parrish commit an act that would constitute a criminal offense (e.g. Battery) under California law that has as an element the use, attempted use, or threatened use of physical force against

Plaintiff Camilo Pineda and which was committed at least in part based on Plaintiff's gender/sex/gender identity/gender expression?

As to Defendant Officer Robert Manzano:

__________ YES ____X____ NO

As to Defendant Officer Ryan Parrish:

__________ YES ____X____ NO

*If you answered "Yes" to Question 17 for any Defendant, please proceed to Question 18. If you answered "No" to Question 17 for all Defendants, please skip Questions 18 and 19 and proceed to Question 20.*

**Question 18:**

Was Plaintiff Camilo Pineda harmed?

__________ YES __________ NO

*If you answered "Yes" to Question 18, please proceed to Question 19. If you answered "No" to Question 18, please skip Question 19 and proceed to Question 20.*

**Question 19:**

For only those Defendants for whom you answered "Yes" to Question 17, was the Defendant's conduct a substantial factor in causing Plaintiff Camilo Pineda's harm? [If you answered "No" for a Defendant's name in Question 17, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

__________ YES __________ NO _______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

__________ YES __________ NO _______ NOT APPLICABLE

*Please proceed to Question 20.*

**ISSUE 6: Use of Force (California Bane Act):**

**Question 20:**

Did Defendant Officers Robert Manzano and/or Ryan Parrish act violently against Plaintiff Camilo Pineda to prevent Plaintiff from exercising their right to criticize law enforcement and/or to retaliate against Plaintiff for exercising their right to criticize law enforcement?

As to Defendant Officer Robert Manzano:

__________ YES ____X____ NO

As to Defendant Officer Ryan Parrish:

__________ YES ____X____ NO

*If you answered "Yes" to Question 20 for any Defendant, please proceed to Question 21. If you answered "No" to Question 20 for all Defendants, please skip Questions 21, 22, and 23 and proceed to Question 24.*

**Question 21:**

For only those Defendants for whom you answered "Yes" to Question 20, did the Defendant intend to deprive Plaintiff Camilo Pineda of their enjoyment of the interests protected by the right to be free from excessive force and/or the right to criticize law enforcement? [If you answered "No" for a Defendant's name in Question 20, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ______ NOT APPLICABLE

*If you answered "Yes" to Question 21 for any Defendant, please proceed to Question 22. If you answered "No" or "Not Applicable" to Question 22 for all Defendants, please skip Question 22 and 23 proceed to Question 24.*

**Question 22:**

Was Plaintiff Camilo Pineda harmed?

__________ YES __________ NO

*If you answered "Yes" to Question 22, please proceed to Question 23. If you answered "No" to Question 22, please skip Question 23 and proceed to Question 24.*

**Question 23:**

For only those Defendants for whom you answered "Yes" to Question 21, was the Defendant's conduct a substantial factor in causing Plaintiff Camilo Pineda's harm? [If you answered "No" for a Defendant's name in Question 21, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ______ NOT APPLICABLE

*Please proceed to Question 24.*

**ISSUE 7: Compensatory Damages:**

**QUESTION 24:**

If you did not answer "Yes" for any Defendants in response to Questions 3, 7, 12, 16, 19, or 23, please stop, answer no further questions, and have your Presiding Juror sign the last page of this verdict form.

If you answered "Yes" for one or more Defendants on Questions 3, 7, 12, 16, 19, or 23, then you must decide what damages, if any, to which Plaintiff Camilo Pineda is entitled.

What are Plaintiff Camilo Pineda's damages?

i. Past noneconomic loss, including physical pain, mental suffering, loss of enjoyment of life, anxiety, and emotional distress.

$ ______________

ii. Future noneconomic loss, including physical pain, mental suffering, loss of enjoyment of life, anxiety, and emotional distress.

$ ______________

iii If you have not awarded Plaintiff damages for past or future noneconomic losses above, including physical pain, mental suffering, loss of enjoyment of life, anxiety, and emotional distress, but did answer yes to Questions 3, 7, 12, 16, 19, or 23, you must award nominal damages, of up to $1.

$ ______________

*If you have not awarded damages to Plaintiff in response to Question 24, please stop, answer no further questions, and have your Presiding Juror sign the last page of this verdict form.*

*If you have awarded damages to Plaintiff in response to Question 24, you will be asked to decide in a second phase whether Plaintiff is entitled to punitive damages. You will be provided a separate verdict form for that issue.*

*Please have your Presiding Juror sign and date this verdict form.*

**Signed:** REDACTED

**Presiding Juror**

**Dated:** 3/19/2024

**After this form is signed, please notify the court officer that you are ready to present your verdict in the courtroom.**

# VERDICT FORM FOR PUNITIVE DAMAGES

**ISSUE 9: Punitive Damages:**

*If you answered "Yes" to Questions 3, 7, 12, 16, 19, or 23, and if you awarded damages in response to Question 24, please proceed to Question 25. If you did not award damages in response to Question 24, please skip Question 25 and proceed to the verdict form signature block below.*

**QUESTION 25:**

For only those Defendants for whom you answered "Yes" in response to Questions 3, 7, 12, 16, 20, or 23, did the Defendant act with malice or oppression or in reckless disregard of Plaintiff Camilo Pineda's rights? [If you answered "No" or "Not Applicable" for a Defendant's name in all of Questions 3, 7, 12, 16, 20, or 23, check "Not Applicable" below for that Defendant.]

As to Defendant Officer Robert Manzano:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Ryan Parrish:

_________ YES _________ NO ______ NOT APPLICABLE

As to Defendant Officer Jorge Macias:

_________ YES _________ NO _____ NOT APPLICABLE

*If you answered "Yes" to Question 25 for any Defendant, what amount of punitive damages do you award against that Defendant:*

As to Defendant Officer Robert Manzano: ___________

As to Defendant Officer Ryan Parrish: ______________

As to Defendant Officer Jorge Macias: ______________

*Please have your Presiding Juror sign and date this verdict form.*

**Signed:** ___________________________________

**Presiding Juror**

**Dated:** ___________________________________

**After this form is signed, please notify the court officer that you are ready to present your verdict on punitive damages in the courtroom.**